UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BHATIA,<br><br>        Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE<br>INSURANCE CO., et al.,<br><br>        Defendants. | Case No. 06-CV-1472-BEN (JMA)<br><br>**ORDER RESCHEDULING EARLY**<br>**NEUTRAL EVALUATION CONFERENCE** |

    At the request of counsel, the Early Neutral Evaluation Conference previously scheduled to be held on August 7, 2007 at 10:00 a.m. is hereby VACATED. Instead, the Early Neutral Evaluation Conference will be held on **August 24, 2007** at **10:00 a.m.** in the chambers of Magistrate Judge Jan M. Adler.

    **IT IS SO ORDERED.**

DATED: June 26, 2007

                                            Jan M. Adler
                                            U.S. Magistrate Judge

06cv1472