UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BHATIA, ) | Case No. 06-CV-1472-BEN (JMA) |
| ) | |
| Plaintiff, ) | **ORDER FOLLOWING EARLY NEUTRAL** |
| ) | **EVALUATION CONFERENCE, SETTING** |
| v. ) | **RULE 26 COMPLIANCE AND NOTICE** |
| ) | **OF TELEPHONIC CASE MANAGEMENT** |
| RELIANCE STANDARD LIFE ) | **CONFERENCE** |
| INSURANCE CO., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

On August 24, 2007 at 10:00 a.m., the Court convened an Early Neutral Evaluation Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by September 21, 2007;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by October 5, 2007;

3. A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before October 5, 2007

1  (the parties should consult Rule 26(f) for the substance of the
2  discovery plan); and,
3       4.   Pursuant to Rule 16(b) of the Federal Rules of Civil
4  Procedure, a telephonic Case Management Conference shall be held
5  on **October 19, 2007** at **9:30 a.m.** before Magistrate Judge Adler.
6  All counsel and unrepresented parties shall appear telephonically
7  at this conference.  The Court will initiate the conference call.
8       Failure of any counsel or party to comply with this Order
9  will result in the imposition of sanctions.
10      **IT IS SO ORDERED.**
11 DATED:  August 24, 2007

_____
Jan M. Adler
U.S. Magistrate Judge